**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7498**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANTONIO OWENS, a/k/a Tonio,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, Senior District Judge.  (3:02-cr-00548-CMC-26)

Submitted:  January 30, 2018                    Decided:  February 2, 2018

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Antonio Owens, Appellant Pro Se.  Beth Drake, Acting United States Attorney, John C. Potterfield, Jane Barrett Taylor, Assistant United States Attorneys, William Camden Lewis, Columbia, South Carolina, Carrie Fisher Sherard, Leesa Washington, Assistant United States Attorneys, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Owens appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction based on Amendment 782 to the Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Owens*, No. 3:02-cr-00548-CMC-26 (D.S.C. Oct. 27, 2017); *see also* U.S. Sentencing Guidelines Manual § 1B1.10(b)(2) (2016) (providing that a district court may not impose a sentence below the bottom of an amended Guidelines range unless the original term of imprisonment was below the original Guidelines range as a result of a Government motion for a substantial assistance reduction). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED*